KARL STORZ ENDOSCOPY–
AMERICA, INC.,
Appellant

v.

INTEGRATED MEDICAL SYSTEMS
INTERNATIONAL, INC.,
Appellee.

No. 2015–1776.

United States Court of Appeals,
Federal Circuit.

Feb. 3, 2016.

Michael Joseph Kosma, Whitmyer IP Group LLC, Stamford, CT, argued for appellant. Also represented by Wesley W. Whitmyer, Jr., Stephen Ball.

Dabney Jefferson Carr IV, Troutman Sanders LLP, Richmond, VA, argued for appellee. Also represented by Dustin B. Weeks, Paul E. McGowan, Atlanta, GA.

MOORE, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**